1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 JUAN C. RODRIGUEZ,                ) NO.   CV 08-3945-SVW (MAN)
                                     )
12                Petitioner,        )
                                     )
13      v.                           ) ORDER ACCEPTING FINDINGS AND
                                     )
14 L.E. SCRIBNER, WARDEN,            ) RECOMMENDATIONS OF UNITED STATES
                                     )
15                Respondent.        ) MAGISTRATE JUDGE
                                     )
16 _____  )

17

18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

19 for Writ of Habeas Corpus ("Petition"), all of the records herein, and

20 the Report and Recommendation of United States Magistrate Judge

21 ("Report").  The time for filing Objections to the Report has passed,

22 and no Objections have been filed.  The Court accepts the findings and

23 recommendations set forth in the Report.

24

25      IT IS ORDERED that:  (1) the Petition is denied; and (2) Judgment

26 shall be entered dismissing this action with prejudice.

27

28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on the parties.

3

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:   October 11, 2012.

7

8
                                    STEPHEN V. WILSON
9                               UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2