UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN C. RODRIGUEZ, | ) | NO.   CV 08-3945-SVW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L.E. SCRIBNER, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 11, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE